**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7347**

ALEXANDER OTIS MATTHEWS,

Plaintiff – Appellant,

v.

TIMOTHY JOSEPH SULLIVAN; LIAM O'GRADY, U.S. District Court
Judge; ROGER W. TITUS, U.S. District Court Judge,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Frederick P. Stamp, Jr., Senior
District Judge. (8:14-cv-00500-FPS)

Submitted: January 15, 2015          Decided: January 21, 2015

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alexander Matthews, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Matthews appeals the district court's orders denying relief on his complaint and amended complaint filed pursuant to 42 U.S.C. § 1983 (2012) and <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971) and denial of his Fed. R. Civ. P. 59(e) motion.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Matthews v. Sullivan</u>, No. 8:14-cv-00500-FPS (D. Md. May 23 & Aug. 13, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] In his motion for reconsideration and on appeal, Matthews asserts that the court should have considered some of his claims as common law professional malpractice, negligence, and gross negligence claims.